JOHN T. KEATING
Nevada Bar No.: 6373
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Progressive Direct Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANUARY MARTIN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO.:   2:16-cv-00031<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 18 |

IT IS HEREBY STIPULATED by and between Plaintiff JANUARY MARTIN and Defendant PROGRESSIVE DIRECT INSURANCE COMPANY, by and through their respective counsel, that Plaintiff JANUARY MARTIN's action against Defendant PROGRESSIVE DIRECT INSURANCE COMPANY and all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

There has been no trial date set in this case.

DATED this 10 day of January, 2018.  DATED this 5 day of January, 2018.

KEATING LAW GROUP

_____
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant
*Progressive Direct Insurance Company*

RALPH A. SCHWARTZ, P.C.

_____
RALPH A. SCHWARTZ, ESQ.
Nevada Bar No.: 5488
400 South Seventh Street, Ste. 100
Las Vegas NV 89101
Attorney for Plaintiff
*January Martin*

ORDER

Based on the parties' stipulation [ECF No. 18] and good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED in its entirety**, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
January 11, 2018

2